UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIDGE MARINE, LLC,

        Plaintiff,

   v.

ALASKA LOGISTICS, LLC,

        Defendant,

   v.

BANNER BANK,

        Garnishee.

Cause No. MC21-0109RSL

ORDER DENYING APPLICATION WITHOUT PREJUDICE

This matter comes before the Court on an "Application for Writ of Garnishment" filed by Ridge Marine, LLC., the judgment creditor, on October 18, 2021. Federal Rule of Civil Procedure 62(a) provides that "execution on a judgment and proceedings to enforce it are stayed for 30 days after its entry, unless the court orders otherwise." The judgment in the underlying matter was entered on October 8, 2021. The application is therefore DENIED as premature without prejudice to future efforts to enforce the judgment. The Clerk of Court is directed to close this matter.

ORDER DENYING APPLICATION
WITHOUT PREJUDICE- 1

Dated this 20th day of October, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING APPLICATION
WITHOUT PREJUDICE- 2